AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Martins Beach 1, LLC and Martins Beach 2, LLC
*Plaintiff(s)*

v.

Effie Turnbull-Sanders, Dayna Bochco, et al.
*Defendant(s)*

) )
) )
) )
) )
) )
) )

Civil Action No. CV 16-5590 JCS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Effie Turnbull-Sanders, Dayna Bochco, Mary Luevano, Wendy Mitchell, Mary Shallenberger, Mark Vargas, Martha McClure, Steve Kinsey, Carole Groom, Erik Howell, Roberto Uranga, Gregory Cox, John Laird, Janelle Beland, Thomas Gibson, Betty T. Yee, Anne Baker, Cindy Aronberg, Brian P. Kelly, Bruce April, Belinda Faustinos, Trent Orr, Steve Kram, Randy Pestor, Nidia Garcia-Erceg, Sarah Glade Gurney, Maricela Morales, Olga Diaz, each individually and in their official capacity as the California Coastal Commission; Lt. Gov. Gavin Newsom, Betty T. Yee, Michael Cohen, each individually and in their individual capacities as the State Lands Commission; Steve Monowitz, individually and in his official capacity as Director of the San Mateo Planning and Building Department, County of San Mateo, and DOES 1 through 50, inclusive.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jeffrey E. Essner (SBN. 121438)**
**Dori L. Yob (SBN. 227364)**
**HOPKINS & CARLEY, ALC**
**70 S. First Street**
**San Jose, CA  95113-2406**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:    October 5, 2016

*Signature of Clerk or Deputy Clerk*

381\1380430.1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 16-5590 JCS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


**American LegalNet, Inc.**
www.FormsWorkFlow.com