Dori Yob Kilmer, Bar No. 227364
dyob@hopkinscarley.com
Jeffrey E. Essner, Bar No. 121438
jessner@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Plaintiffs
MARTINS BEACH 1, LLC and MARTINS BEACH 2, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINS BEACH 1, LLC and MARTINS BEACH 2, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>EFFIE TURNBULL-SANDERS, et al.,<br><br>    Defendants. | CASE NO.  4:16-CV-05590 JSW<br>ORDER GRANTING<br>**JOINT STIPULATION RE PLAINTIFFS' DEADLINES TO AMEND COMPLAINT AND DEFENDANTS' DEADLINES TO RESPOND** |

**JOINT STIPULATION**

This Joint Stipulation is submitted by Plaintiffs Martins Beach 1, LLC et al., and Defendants San Mateo County, et al., (the "Parties") by and through their counsel of record.

WHEREAS, on September 30, 2016, Plaintiffs filed their complaint in this action, *see* ECF NO. 1;

WHEREAS, on October 17, 2016, this Court set a Case Management Conference for February 3, 2017, *see* ECF No. 8;

WHEREAS, on January 17, 2017, this Court continued the Case Management Conference to July 28, 2017, *see* ECF No. 26;

WHEREAS, on February 14, 2017, the defendants filed motions to dismiss, *see* ECF Nos. 28, 29, 31;

WHEREAS, on June 22, 2017, the Court issued an order vacating the Case Management Conference, *see* ECF No. 60;

WHEREAS, in two orders issued August 18, 2018 and a third issued November 15, 2019, this Court granted those motions with leave to amend, *see* ECF Nos. 64, 65, 72;

WHEREAS, the Plaintiffs' original deadline to file an amended complaint was December 20, 2019, *see* ECF No. 72;

WHEREAS, the Defendants' original deadline to respond to the amended complaint was January 10, 2020; and,

WHEREAS the parties entered into a joint stipulation to extend Plaintiffs' deadline to file an amended complaint to January 16, 2020, and Defendants deadline to respond to the amended complaint to February 14, 2020, *see* ECF Nos. 74, 75.

WHEREAS, this is the second request to extend the deadlines with respect to the filing of the Amended Complaint and responses thereto.

THEREFORE, IT IS HERE STIPULATED AND AGREED UPON by and between all parties through their counsel of record:

1. The deadline for Plaintiffs to file an Amended Complaint shall be continued to January 24, 2020; and,

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

1. The deadline for Defendants to Respond to the Amended Complaint, by answer or other pleading, shall be continued to February 28, 2020.

Dated:  January 15, 2020

HOPKINS & CARLEY
A Law Corporation

By:/s/ Dori Yob Kilmer
Dori Yob Kilmer
Jeffrey E. Essner
Attorneys for Plaintiffs
MARTINS BEACH 1, LLC and
MARTINS BEACH 2, LLC

Dated:  January 15, 2020

COTCHETT, PITRE, MCCARTHY, LLP

By: /s/ Eric Buescher
Eric Buescher
Joseph W. Cotchett
Attorneys for Defendants
County of San Mateo, Steve Monowitz individually and in his official capacity as Director of the San Mateo County Planning and Building Department

Dated:  January 15, 2020

CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

By: /s/ David G. Alderson
David G. Alderson
Joel Samuel Jacobs
Attorneys for Defendants
Anne Baker, Belinda Faustinos, Brian P. Kelly, Bruce April, Carole Groom, Cindy Aronberg, Dayna Bochco, Effie Turnbull-Sanders, Erik Howell, Gregory Cox, Janelle Beland, John Laird, Maricela Morales, Mark Vargas, Martha McClure, Mary Luevano, Mary Shallenberger, Nidia Garcia-Erceg, Olga Diaz, Randy Pestor, Roberto Uranga, Sarah Glade Gurney, Steve Kinsey, Steve Kram, Thomas Gibson, Trent Orr, Wendy Mitchell, Betty T. Yee, Gavin Newsom, Michael Cohen

381\3440714.1
- 3 -
JOINT STIPULATION RE PLAINTIFFS' DEADLINES TO AMEND COMPLAINT AND DEFENDANTS' DEADLINES TO RESPOND; 4:16-CV-05590 JSW

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the Parties it is hereby ordered that

1. The deadline for Plaintiffs to file an Amended Complaint shall be continued to January 24, 2020; and,

2. The deadline for Defendants to Respond to the Amended Complaint, by answer or other pleading, shall be continued to February 28, 2020.

IT IS SO ORDERED.

Dated: January 15, 2020

JUDGE JEFFREY S. WHITE